1 | KAUFMAN DOLOWICH VOLUCK & GONZO LLP
KATHLEEN M. HURLY, ESQ. SNB 1169907
2 | 425 California Street, Suite 2100
3 | San Francisco, CA 94104
Telephone: (415) 926-7600
4 | Facsimile: (415) 926-7601

5 | Attorneys for THE PERMANENTE MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIETA G. LUDOVICO, | Case No.: C-12-4363 JCS |
| Plaintiff, | ACTION FILED: August 20, 2012 |
| vs. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1** |
| KAISER PERMANENTE aka THE PERMANENTE MEDICAL GROUP, INC., a California corporation, and DOES 1-20, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff JULIETA G. LUDOVICO ("Plaintiff") and Defendant THE PERMANENTE MEDICAL GROUP, INC. ("Defendant"), through their counsel and pursuant to Local Rule 6-1, that Defendant shall have until January 18, 2013 to answer or otherwise respond to Plaintiff's

//
//
//
//

---

STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT

CASE NO. C12-4363 ADR JCS
Page | 1

complaint. This is the first extension to respond to the Complaint.

IT IS SO STIPULATED.

DATED: January __, 2013        KAUFMAN DOLOWICH VOLUCK & GONZO LLP

_____
Kathleen M. Hurly
Attorneys for Defendant THE PERMANENTE MEDICAL GROUP, INC.

DATED: January 8, 2013         JOHN F. PRENTICE & ASSOCIATES, PC

_____
Sheila A. Reid
Attorneys for Plaintiff JULIETA G. LUDOVICO

Dated: Jan. 10, 2013

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4831-1268-3026, v. 1