1  KAUFMAN DOLOWICH VOLUCK & GONZO LLP
   KATHLEEN M. HURLY, ESQ. SNB 1169907
2  425 California Street, Suite 2100
3  San Francisco, CA 94104
   Telephone: (415) 926-7600
4  Facsimile:  (415) 926-7601

5  Attorneys for THE PERMANENTE MEDICAL GROUP, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | JULIETA G. LUDOVICO,            ) Case No.: C-12-4363 JCS
                                     )
12 |     Plaintiff,                  ) ACTION FILED: August 20, 2012
                                     )
13 | vs.                             ) **STIPULATION TO EXTEND TIME TO**
                                     ) **RESPOND TO COMPLAINT PURSUANT**
14 | KAISER PERMANENTE aka THE       ) **TO LOCAL RULE 6-1**
   | PERMANENTE MEDICAL GROUP, INC., a)
15 | California corporation, and DOES 1-20,)
   | inclusive,                      )
16 |                                 )
   |     Defendants.                 )
17 |_____)

18

19

20        IT IS HEREBY STIPULATED, by and between Plaintiff JULIETA G.

21 LUDOVICO ("Plaintiff") and Defendant THE PERMANENTE MEDICAL GROUP,

22 INC. ("Defendant"), through their counsel and pursuant to Local Rule 6-1, that

23 Defendant shall have until January 18, 2013 to answer or otherwise respond to Plaintiff's

24 //

25 //

26 //

27 //

28

---

complaint. This is the first extension to respond to the Complaint.

IT IS SO STIPULATED.

DATED: January __, 2013    KAUFMAN DOLOWICH VOLUCK & GONZO LLP

_____
Kathleen M. Hurly
Attorneys for Defendant THE PERMANENTE MEDICAL GROUP, INC.

DATED: January 8, 2013    JOHN F. PRENTICE & ASSOCIATES, PC

_____
Sheila A. Reid
Attorneys for Plaintiff JULIETA G. LUDOVICO

Dated: Jan. 10, 2013

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4831-1268-3026, v. 1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT          CASE NO. C12-4363 ADR JCS