1  JOHN F. PRENTICE, ESQ., SBN 087606
2  ROBERT D. POSTAR, ESQ.  SBN 103538
   SHEILA A. REID, ESQ.  SBN 161180
3  JOHN F. PRENTICE & ASSOCIATES, P.C.
   2200 Powell Street, Suite 740
4  Emeryville, CA 94608
   Telephone: (510) 420-9000
5  Facsimile:  (510) 597-0718
   Email jprentice@jfprenticelaw.com
6
   Attorneys for Plaintiff,
7  Julieta G. Ludovico

8

9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12
   JULIETA G. LUDOVICO,              Case No. CASE NO. C12-4363 EMC
13
                  Plaintiff,         **STIPULATION FOR ORDER AND**
14                                   **[PROPOSED] ORDER TO EXTEND ADR**
        v.                           **DEADLINE**
15

16  KAISER PERMANENTE aka THE
17  PERMANENTE MEDICAL GROUP, INC., a
    California corporation, and DOES 1-20,
18  inclusive,

19              Defendant.           CASE FILED:  08-20-2012
    _____ /      TRIAL DATE: None Set
20

21      Plaintiff JULIETA G. LUDOVICO and Defendant THE PERMANENTE MEDICAL GROUP,

22  INC., by and through their counsel of record, hereby stipulate to an Order extending the deadline to

23  complete the ADR process, specifically mediation, from May 15, 2013, to June 15, 2013.

24      The parties have good cause to stipulate to an order for this extension of time.  The parties met

25  and conferred with the assigned mediator, Dana Curtis, on March 26, 2013, and during the conference

26  identified issues the parties are attempting to address prior to mediation that may facilitate resolution at

27  the mediation. Additionally, the depositions of plaintiff and key defense witnesses have been noticed

28  and scheduled in May, which should also facilitate a more productive mediation. The parties and the

---

STIPULATION FOR ORDER AND PROPOSED ORDER TO EXTEND ADR DEADLINE                Page 1

mediator have agreed to a mediation date of June 5, 2013, if the requested ADR extension of time is granted.

The parties have made no prior requests to extend the ADR deadline.

IT IS SO STIPULATED.

DATED: April 29, 2013                    JOHN F. PRENTICE & ASSOCIATES, P.C.


                                         John F. Prentice, Esq.
                                         Sheila A. Reid, Esq.
                                         Attorneys for Plaintiff
                                         Julieta G. Ludovico

DATED: April 29, 2013                    KAUFMAN DOLOWICH VOLUCK & GONZO LLP


                                         Kathleen M. Hurly
                                         Attorneys for Defendant
                                         The Permanente Medical Group, Inc.

## ORDER

Based upon the foregoing stipulation of the parties and good cause appearing, it is hereby ordered as follows:

The deadline for the parties to complete ADR is extended to June 15, 2013.

**IT IS SO ORDERED.**

DATED:       5/7/13

                                         The Honorable Edward M.
                                         U.S. Dist

IT IS SO ORDERED

Judge Edward M. Chen

1  mediator have agreed to a mediation date of June 5, 2013, if the requested ADR extension of time is

2  granted.

3      The parties have made no prior requests to extend the ADR deadline.

4      IT IS SO STIPULATED.

5

6  DATED:  April 29, 2013        JOHN F. PRENTICE & ASSOCIATES, P.C.

7

8                      _____

9                      John F. Prentice, Esq.
                    Sheila A. Reid, Esq.

10                      Attorneys for Plaintiff
                    Julieta G. Ludovico

11

12  DATED:  April 29, 2013        KAUFMAN DOLOWICH VOLUCK & GONZO LLP

13

14

15                      _____
                    Kathleen M. Huxly
                    Attorneys for Defendant

16                      The Permanente Medical Group, Inc.

17                        **ORDER**

18

19      Based upon the foregoing stipulation of the parties and good cause appearing, it is hereby

20  ordered as follows:

21      The deadline for the parties to complete ADR is extended to June 15, 2013.

22

23  **IT IS SO ORDERED.**

24

25  DATED:                    _____
                    The Honorable Edward M. Chen

26                      U.S. District Court Judge

27

28