JOHN F. PRENTICE, ESQ., SBN 087606
ROBERT D. POSTAR, ESQ. SBN 103538
SHEILA A. REID, ESQ. SBN 161180
JOHN F. PRENTICE & ASSOCIATES, P.C.
2200 Powell Street, Suite 740
Emeryville, CA 94608
Telephone: (510) 420-9000
Facsimile:  (510) 597-0718
Email jprentice@jfprenticelaw.com

Attorneys for Plaintiff,
Julieta G. Ludovico

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIETA G. LUDOVICO,<br><br>            Plaintiff,<br><br>      v.<br><br>KAISER PERMANENTE aka THE PERMANENTE MEDICAL GROUP, INC., a California corporation, and DOES 1-20, inclusive,<br><br>            Defendant. | Case No. CASE NO. C12-4363 EMC<br><br>**STIPULATION FOR ORDER AND [PR~~OPO~~SED] ORDER TO EXTEND ADR DEADLINE**<br><br>CASE FILED: 08-20-2012<br>TRIAL DATE: None Set |

   Plaintiff JULIETA G. LUDOVICO and Defendant THE PERMANENTE MEDICAL GROUP, INC., by and through their counsel of record, hereby stipulate to an Order extending the deadline to complete the ADR process, specifically mediation, from May 15, 2013, to June 15, 2013.

   The parties have good cause to stipulate to an order for this extension of time. The parties met and conferred with the assigned mediator, Dana Curtis, on March 26, 2013, and during the conference identified issues the parties are attempting to address prior to mediation that may facilitate resolution at the mediation. Additionally, the depositions of plaintiff and key defense witnesses have been noticed and scheduled in May, which should also facilitate a more productive mediation. The parties and the

mediator have agreed to a mediation date of June 5, 2013, if the requested ADR extension of time is granted.

The parties have made no prior requests to extend the ADR deadline.

IT IS SO STIPULATED.

DATED: April 29, 2013      JOHN F. PRENTICE & ASSOCIATES, P.C.

*/s/ Sheila A. Reid*

John F. Prentice, Esq.
Sheila A. Reid, Esq.
Attorneys for Plaintiff
Julieta G. Ludovico

DATED: April 29, 2013      KAUFMAN DOLOWICH VOLUCK & GONZO LLP

Kathleen M. Hurly
Attorneys for Defendant
The Permanente Medical Group, Inc.

## ORDER

Based upon the foregoing stipulation of the parties and good cause appearing, it is hereby ordered as follows:

The deadline for the parties to complete ADR is extended to June 15, 2013.

**IT IS SO ORDERED.**

DATED:   5/7/13

The Honorable Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED — Judge Edward M. Chen*

mediator have agreed to a mediation date of June 5, 2013, if the requested ADR extension of time is granted.

The parties have made no prior requests to extend the ADR deadline.

IT IS SO STIPULATED.

DATED: April 29, 2013        JOHN F. PRENTICE & ASSOCIATES, P.C.

_____
John F. Prentice, Esq.
Sheila A. Reid, Esq.
Attorneys for Plaintiff
Julieta G. Ludovico

DATED: April 29, 2013        KAUFMAN DOLOWICH VOLUCK & GONZO LLP

_____
Kathleen M. Hurly
Attorneys for Defendant
The Permanente Medical Group, Inc.

### ORDER

Based upon the foregoing stipulation of the parties and good cause appearing, it is hereby ordered as follows:

The deadline for the parties to complete ADR is extended to June 15, 2013.

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Edward M. Chen
U.S. District Court Judge