JOHN F. PRENTICE, ESQ., SBN 087606
ROBERT D. POSTAR, ESQ. SBN 103538
SHEILA A. REID, ESQ. SBN 161180
JOHN F. PRENTICE & ASSOCIATES, P.C.
2200 Powell Street, Suite 740
Emeryville, CA 94608
Telephone: (510) 420-9000
Facsimile: (510) 597-0718
Email jprentice@jfprenticelaw.com

Attorneys for Plaintiff,
Julieta G. Ludovico

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIETA G. LUDOVICO, | Case No. CASE NO. C12-4363 EMC |
| Plaintiff, | STIPULATION FOR ORDER AND [PROPOSED] ORDER TO EXTEND EXPERT DISCLOSURE AND EXPERT DISCOVERY CASE MANAGEMENT DEADLINES |
| v. | |
| KAISER PERMANENTE aka THE PERMANENTE MEDICAL GROUP, INC., a California corporation, and DOES 1-20, inclusive, | |
| Defendant. | TRIAL DATE: October 6, 2014 |

  Plaintiff JULIETA LUDOVICO, through her counsel, Sheila A. Reid, Esq., of John F. Prentice & Associates, PC, and Defendant KAISER PERMANENTE aka THE PERMANENTE MEDICAL GROUP, INC., through its counsel, Kathleen M. Hurly, Esq., of Kaufman Dolowich Voluck, LLP, stipulate as follows:

  1. The parties wish to extend the expert disclosure deadline and the expert discovery deadline in this matter. The current deadline for expert disclosures is April 29, 2014. The parties make this stipulation to disclose and depose experts after the last day upon which a motion for summary judgment can be heard which is no later than July 10, 2014.

2. The parties respectfully request that the Court set July 24, 2014, as the expert disclosure deadline; August 7, 2014, as the rebuttal expert disclosure deadline; and August 21, 2014, as the expert discovery cutoff. This proposed schedule will not affect other case management and pretrial deadlines.

IT IS SO STIPULATED.

DATED: April 3, 2014                     JOHN F. PRENTICE & ASSOCIATES, P.C.

                                         _____
                                         John F. Prentice, Esq.
                                         Sheila A. Reid, Esq.
                                         Attorneys for Plaintiff
                                         Julieta G. Ludovico

DATED: April 3, 2014                     KAUFMAN DOLOWICH VOLUCK, LLP

                                         _____
                                         Kathleen M. Hurly, Esq.
                                         Attorneys for Defendant
                                         Kaiser Permanente aka The Permanente Medical Group

**ORDER**

IT IS SO ORDERED.

_____
M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen