```
JOHN F. PRENTICE, ESQ., SBN 087606
ROBERT D. POSTAR, ESQ. SBN 103538
SHEILA A. REID, ESQ. SBN 161180
JOHN F. PRENTICE & ASSOCIATES, P.C.
2200 Powell Street, Suite 740
Emeryville, CA 94608
Telephone: (510) 420-9000
Facsimile: (510) 597-0718
Email jprentice@jfprenticelaw.com
```

Attorneys for Plaintiff,
Julieta G. Ludovico

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIETA G. LUDOVICO, <br><br> Plaintiff, <br><br> v. <br><br> KAISER PERMANENTE aka THE PERMANENTE MEDICAL GROUP, INC., a California corporation, and DOES 1-20, inclusive, <br><br> Defendant. | Case No. C12-4363 EMC <br><br> STIPULATION FOR ORDER AND [PROPOSED] ORDER TO DISMISS CERTAIN CAUSES OF ACTION AND CLAIMS FROM PLAINTIFF'S FIRST AMENDED COMPLAINT <br><br> TRIAL DATE: October 25, 2014 |

The Parties, Plaintiff JULIETA G. LUDOVICO, by and through her attorney, Sheila A. Reid, Esq. of John F. Prentice & Associates, P.C., on the one hand, and Defendant KAISER PERMANENTE aka THE PERMANENTE MEDICAL GROUP, INC., by and through its attorney, Kathleen M. Hurly of Kaufman Dolowich & Voluck, LLP, on the other hand, do hereby hereby stipulate and agree to an Order dismissing the following Causes of Action in Plaintiff's First Amended Complaint:

    A. Second Cause of Action for Racial/National Origin Discrimination – 42 U.S.C. §2000e *et seq.*;

    B. Sixth Cause of Action for Age Discrimination in Employment – 29 U.S.C. §621 *et seq.*;

    C. Seventh Cause of Action for Retaliation – 29 U.S.C. §621 *et seq.*;

D. Eighth Cause of Action for Race Discrimination – 42 U.S.C. §1981; and

E. Thirteenth Cause of Action for Age Discrimination in Employment – Cal. Govt. Code § 12941.

The Parties further stipulate and agree to an Order dismissing Plaintiff's Claims for age discrimination/harassment and racial discrimination/harassment *only* alleged in her Ninth Cause of Action for violations of California Government Code §12940 *et seq.*

The Parties further stipulate and agree to an Order that each party shall bear its own fees and costs incurred in connection with the dismissed Causes of Action and Claims.

IT IS SO STIPULATED.

DATED: May 15, 2014   JOHN F. PRENTICE & ASSOCIATES, P.C.

_____
Sheila A. Reid, Esq.
Attorneys for Plaintiff
Julieta G. Ludovico

DATED: May 8, 2014   KAUFMAN, DOLOWICH & VOLUCK, LLC

_____
Kathleen M. Hurly, Esq.
Attorneys for Defendant
Kaiser Permanente aka The Permanente Medical Group

ORDER

Based on the stipulation of counsel and good cause appearing, IT IS SO ORDERED.

Dated: May 20, 2014

THE HONORABLE EDWARD M. CHEN
U.S. DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen