**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES ORDER**

| | |
|---|---|
| **Date:** | May 20, 2014 |
| **Case No. and Name:** | C12-4363 E.C. Ludovico v. Kaiser Permanents |
| **Deputy Clerk:** | Betty Lee |

**ORDER**

It is so ordered that the MSJ and opposition brief are limited to 35 pages; the reply is limited to 20 pages.