UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIETA G. LUDOVICO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAISER PERMANENTE,<br><br>　　　　Defendant.<br>_____/ | No. C-12-04363 EMC (EDL)<br><br>NOTICE REGARDING FURTHER<br><u>SETTLEMENT CONFERENCE DATE</u> |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for August 28, 2014 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been advanced to August 20, 2014 at 9:30 a.m.

Updated confidential settlement conference statements are now due August 11, 2014. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Chief Magistrate Judge Laporte's Courtroom Deputy immediately at (415) 522-3694 if this case settles prior to the date set for further settlement conference.

Dated: August 8, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge