**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIETA G. LUDOVICO,                                  Case No. C12-4363 EMC

       Plaintiff,

                                    **ORDER**
                                    **(90-Day Conditional Dismissal)**

     v.

KAISER PERMANENTE, et al.,

       Defendants.
_____/

      The parties hereto, by their counsel, having advised the Court that they have agreed to a

settlement of this action, and having placed the terms of the settlement with the clients' concurrence

on the record,

      IT IS HEREBY ORDERED that this action is dismissed with prejudice and that all dates are

hereby vacated; provided, however, that if any party hereto shall certify to this Court, with a proof of

service of a copy on opposing counsel, within 90 days from the date hereof, that the agreed

consideration for the settlement has not been delivered over, this Order shall stand vacated, and the

action shall be restored to the calendar to be set for trial.

      IT IS SO ORDERED.

Dated:  September 4, 2014

                                   _____
                                   EDWARD M. CHEN
                                   United States District Judge