UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIETA G. LUDOVICO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KAISER PERMANENTE,<br><br>　　　　Defendant. | Case No. 12-cv-04363-EMC   (EDL)<br><br>**ORDER**<br><br>Re: Dkt. No. 98 |

On November 26, 2014, the District Judge granted Plaintiff's request to reopen this case and referred it to this Court to explore a resolution of the Parties' dispute. The Parties shall submit a joint letter to chambers of no more than eight pages detailing their dispute by December 11, 2014. If necessary to understand the dispute, the Parties may also submit confidential letters of no more than four pages each that are not served upon the other party by December 11, 2014. The letter(s) should be delivered directly to Chief Magistrate Judge Elizabeth D. Laporte's Chambers on the 15th floor and should not be filed.

**IT IS SO ORDERED**.

Dated: December 4, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge