JOHN F. PRENTICE, ESQ., SBN 087606
SHEILA A. REID, ESQ. SBN 161180
JOHN F. PRENTICE & ASSOCIATES, P.C.
2200 Powell Street, Suite 740
Emeryville, CA 94608
Telephone: (510) 420-9000
Facsimile: (510) 597-0718
Email jprentice@jfprenticelaw.com

Attorneys for Plaintiff,
Julieta G. Ludovico

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIETA G. LUDOVICO,<br><br>    Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE aka THE PERMANENTE MEDICAL GROUP, INC., a California corporation, and DOES 1-20, inclusive,<br><br>    Defendant. | Case No. CASE NO. C12-4363 EMC<br><br>**STIPULATION FOR ORDER AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION PURSUANT TO FRCP 41(a) (1)(A)(ii)** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

   **WHEREAS** Plaintiff JULIETA G. LUDOVICO and Defendant THE PERMANENTE MEDICAL GROUP, INC have fully executed a Confidential Settlement Agreement; and

   **WHEREAS** the terms of the settlement with the clients' agreement were placed on the record of the above-captioned Court; and

   **THEREFORE**, the parties request that, pursuant to the Federal Rule of Court 41(a)(1)(A)(ii)

////

////

above-entitled action be dismissed with prejudice.

**IT IS SO STIPULATED.**

DATED: January 29, 2015            JOHN F. PRENTICE & ASSOCIATES, P.C.

                                   _____
                                   John F. Prentice, Esq.
                                   Sheila A. Reid, Esq.
                                   Attorneys for Plaintiff
                                   Julieta G. Ludovico

DATED: January 29, 2015            KAUFMAN DOLOWICH VOLUCK, LLP

                                   _____
                                   Kathleen M. Hurly, Esq.
                                   Attorneys for Defendant
                                   The Permanente Medical Group, Inc.

**ORDER**

IT IS SO ORDERED.

Dated: March 16, 2015

                                   THE HON. _____
                                   United States _____

*IT IS SO ORDERED*
*Judge Edward M. Chen*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4824-0982-4545, v. 1